In the Supreme Court

RTBL$^e$ on the third monday in September 1808.

*Angus Mackintosh*
*vs*
*Jeanbatiste Jerome*
entered 18 Sept$^{ber}$ 1806

Sol$^o$ Sibley att$^y$—for ptff

Rec$^d$ 26 may

[Indorsement]

By virtue of this Execution, I have seized and taken into my possession the annexed list of property, which remains on hand, for want of purchasers.
19 Sept$^r$ 1808

W$^M$ Scott
Marshal.

List of M<sup>r</sup> Jn° B<sup>te</sup> Jerome's property, seized the 6th June AD 1808—

| | | |
|---|---|---|
| One Desk | one Glass | Two beds & covering |
| Three Tables | 2 oxen & 1 bull | 2 Chairs |
| Two looking glasses | a Carpet | One Clock |
| 1 Tea board | 2 bed steads | 3 Cows |
| Six pictures | A Calash | 1 horse |
| 8 Chairs | 6 Glass frames | 1 Table |
| 1 p<sup>r</sup> and-irons | 4 small pictures | Kitchen furniture |
| 1 Cupboard | 4 D° Tables | A Iron |
| 1 Castor | 4 chairs | A Carriole |

[In the handwriting of William McDowell Scott]

[Case 26, Paper 4]

TERRITORY OF MICHIGAN, TO WIT—

THE UNITED STATES *to the Marshall of the territory of Michigan* GREET-ING: You are hereby commanded that you cause to be levied of the goods & chattels, lands & tenements, within the territory of Michigan, of Jeanbatiste Jerome, late of the district of Erie, yoman, three hundred forty one dollars, one cent, & one fourth of a cent, which Angus Mackintosh in our Supreme Court, before our judges, at Detroit, recovered against him for his damages, which he had by means of the not performing certain promises and under-takings lately made by the Said Jeanbatiste to the Said Angus at Detroit, whereof the Said Jeanbatiste is convicted; and also one dollar and Six cents, and one fourth of a cent for this writ; and have you that money before our judges, at Detroit, on the third monday in September next, to the render to the said Angus for his damages aforesaid; and have there this writ. WITNESS Augustus B. Woodward, chief judge of our Said Supreme Court, at Detroit, the twenty fifth day of May one thousand eight hundred eight.

PETER AUDRAIN    clerk

[In the handwriting of Peter Audrain]